IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICKEY L. McGEE, §<br>#2173658, §<br>      Petitioner, §<br>§<br>v. §<br>§<br>BRYAN COLLIER, §<br>      Respondent. | No. 3:23-CV-0560-D |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the United States Magistrate Judge, dated March 15, 2023, and petitioner's objection, filed March 24, 2023, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

Petitioner's March 29, 2023 motion for hearing is denied.

**SO ORDERED**.

March 30, 2023.

                                                                _____
                                                                 SIDNEY A. FITZWATER
                                                                 SENIOR JUDGE